

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY W TIFFANY, MELISSA S TIFFANY,<br><br>                                    Plaintiffs,<br><br>v.<br><br>FCA US, LLC., DOES 1 THROUGH 10,<br><br>                                    Defendants. | Case No.:  3:25-cv-00050-JES-AHG<br><br>**ORDER:**<br><br>**(1) VACATING SETTLEMENT DISPOSITION CONFERENCE; and**<br><br>**(2) SETTING ADDITIONAL SETTLEMENT CONFERENCE** |

On February 9, 2026, the parties notified the Court that the settlement "has fallen through." *See* Email to Chambers, Feb. 9, 2026, at 4:45 p.m. Accordingly, the Settlement Disposition Conference currently scheduled for February 13, 2026, is **VACATED**.

The Court finds that an additional settlement discussion may be beneficial. Accordingly, a further Settlement Conference is hereby **SET** for **March 9, 2026** at **2:30 p.m.** *via videoconference* before Magistrate Judge Allison H. Goddard. Pursuant to CivLR 16.1(c)(1), all parties, party representatives (including claims adjusters for insured defendants) and the primary attorney(s) responsible for the litigation must attend via videoconference. A party or party representative with full and complete authority to enter into a binding settlement must also be present.

1. **Joint Statement**: No later than **February 26, 2026**, counsel for all parties shall lodge with Magistrate Judge Goddard's chambers a **joint statement not to exceed two (2) pages** setting forth (1) the outcome of prior settlement efforts and (2) the issues to be addressed at the conference. This joint statement shall be lodged via email at efile_goddard@casd.uscourts.gov.

2. **Confidential Statements**: No later than **March 2, 2026**, each party shall submit a brief confidential statement directly to Magistrate Judge Goddard's chambers, not to exceed (5) pages. These statements shall not be filed or served on opposing counsel and must be lodged via email at efile_goddard@casd.uscourts.gov. There is no page limit for exhibits.

   The Court may use GenAI tools to review the submitted materials. Either party may object to the Court's use of such tools by advising the Court's law clerk at the time of submission. The Court will respect that objection without any further explanation, and the Court's law clerk will only communicate to Judge Goddard that there was an objection, not which party made the objection.

3. **Participant Information**: No later than **March 2, 2026**, counsel for each party shall e-mail the Court at efile_goddard@casd.uscourts.gov with the name, title, email address, and cell phone number of each participant.

**IT IS SO ORDERED.**

Dated: February 12, 2026

_____
Honorable Allison H. Goddard
United States Magistrate Judge